UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-22776-MGC

HENRY OKNYANSKY, individually,

    Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC,
a foreign limited liability company,

    Defendant.
_____/

## **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff HENRY OKNYANSKY respectfully requests that the Clerk of Court enter a Default as to Defendant HALSTED FINANCIAL SERVICES, LLC, and states to the Court as follows:

1. Plaintiff filed his Complaint for violations of the Telephone Consumer Protection Act, 47 U.S.C § 227, et seq., against HALSTED FINANCIAL SERVICES, LLC on July 28, 2014. [ECF 1].

2. Defendant HALSTED FINANCIAL SERVICES, LLC was served on August 4, 2014. [ECF 4-1].

3. Accordingly, as HALSTED FINANCIAL SERVICES, LLC had been served for the first time in this matter, HALSTED FINANCIAL SERVICES, LLC had twenty-one days, or until August 25, 2014, to file an Answer.

4. To date, HALSTED FINANCIAL SERVICES, LLC still has not filed any responsive pleading, nor has any attorney entered an appearance on behalf of the same.

5. Accordingly, Plaintiff submits that he is entitled to a Clerk's Default against Defendant HALSTED FINANCIAL SERVICES, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE Plaintiff hereby requests that the Clerk enter a Default against Defendant HALSTED FINANCIAL SERVICES, LLC and permit Plaintiff to submit his Motion for Default Final Judgment.

Dated this 2nd day of September, 2014.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 20803 Biscayne Blvd., Ste. 302
> Aventura, Florida 33180
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com
>
> By: /s/ Bret L. Lusskin, Esq.
>     Bret L. Lusskin, Esq.
>     Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 20803 Biscayne Blvd., Ste. 302
> Aventura, Florida 33180
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
Bret L. Lusskin, Esq.
Florida Bar No. 28069