UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-22776-MGC

HENRY OKNYANSKY, individually,

    Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC,
a foreign limited liability company,

    Defendant.
_____/

### CLERK'S DEFAULT

It appearing that the Defendant herein, HALSTED FINANCIAL SERVICES, LLC, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law, **DEFAULT** is hereby entered against Defendant HALSTED FINANCIAL SERVICES, LLC, as of course, on this _____ day of September, 2014.

                                                **STEVEN M. LARIMORE**
                                                CLERK OF COURT

                                                By: _____
                                                    Deputy Clerk

Cc:    Hon. Marcia G. Cooke
         Counsel of Record
         Halsted Financial Services, LLC