UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-cv-22776-MGC

HENRY OKNYANSKY, individually,

    Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC,
a foreign limited liability company,

    Defendant.
_____/

## AFFIDAVIT OF PLAINTIFF HENRY OKNYANSKY

Henry Oknyansky, after being duly sworn, deposes and says as follows:

1. My name is Henry Oknyansky, and I am a Plaintiff in this action. I certify that I am over the age of 18, a lawful permanent resident of the United States, and a resident of Broward County, Florida.

2. I make this Affidavit in support of Plaintiff's Motion for Final Default Judgment against Defendant HALSTED FINANCIAL SERVICES, LLC. ("Defendant") in the above-styled proceeding. The matters set forth in this Affidavit are based upon my personal knowledge of the facts contained therein.

3. In February 2014, I began receiving telephone calls on my cellular telephone from the Defendant.

4. Upon answering any of these calls, I was always met with either an automated message advising me to "press one if this is Henry Oknyansky," a message advising me to "please wait for the next available agent," or a noticeable period of "dead air" while the caller's

telephone system attempted to connect him to a live operator. The Caller ID associated with each call always displayed a telephone number that was assigned to Defendant.

5. Since they began, I received a call from the Defendant at least ten (10) times per month, and sometimes more. In sum, I have received at least seventy (70) such calls from the Defendant.

FURTHER AFFIANT SAYETH NAUGHT.

_____
HENRY OKNYANSKY

STATE OF FLORIDA        )
                        ) SS
COUNTY OF MIAMI-DADE    )

SWORN TO AND SUBSCRIBED before me on this __19__ day of __September__, 2014, by __Henry Oknyasy__ who is personally known to me or who produced __N__ as identification

_____
NOTARY PUBLIC

My Commission Expires:

Notary Public State of Florida
Mikhail Rasner
My Commission EE023542
Expires 11/19/2014

2