UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22776-Civ-COOKE/TORRES

HENRY OKNYANSKY,
individually,

    Plaintiff,

vs.

HALSTED FINANCIAL SERVICES, LLC,
a foreign limited liability company,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CASE is before me upon Plaintiff, Henry Oknyansky's, Motion for Entry of Final Default Judgment (ECF No. 9). I have reviewed the record, and note the default entered by the Clerk of the Court (ECF No. 8) as to Defendant Halsted Financial Services, LLC, for failure to appear, answer or otherwise respond to the Summons and Complaint within the time required by law. As of the date of this Order, Defendant Halsted Financial Services, LLC has failed or otherwise refused to defend this lawsuit.

Accordingly, it is **ORDERED and ADJUDGED** that Defendant Halsted Financial Services, LLC shall show cause within seven (7) days of the date of this Order why the motion for default judgment should not be granted. Plaintiff shall serve this Order on Defendant Halsted Financial Services, LLC via U.S. Mail at the addresses at which it effected service on it.

**DONE and ORDERED** in chambers, at Miami, Florida, this 26th day of March 2015.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*