Caplan, Caplan & Caplan Process Servers  
12555 Orange Drive  
Suite 106  
Davie, FL 33330  
Phone: (954) 462-1800  
Fax: (305) 854-4847  
46-4588872  

**INVOICE**

Invoice #CPN-2014027699  
8/13/2014  

Original Date: 8/7/2014



Bret Lusskin  
BRET LUSSKIN, ESQ  
20803 Biscayne Blvd  
Suite 302  
Aventura, FL 33180  

**Case Number: Southern 14-CV-22776-COOKE/TORRES**

Plaintiff:  
**HENRY OKNYANSKY,**

Defendant:  
**HALSTED FINANCIAL SERVICES, LLC.,**

Received: 7/29/2014    Served: 8/4/2014 11:00 am   CORPORATE - SUB/SPOUSE RESIDEN  
To be served on: HALSTED FINANCIAL SERVICES, LLC.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF STATE ORIGINAL | 1.00 | 135.00 | 135.00 |
| OUT OF TOWN ORIGINAL | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $200.00 |

**BALANCE DUE:**                                                                                      **$200.00**

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT OR INCLUDE THE INVOICE NUMBER ON YOUR CHECK.

WE NOW ACCEPT CREDIT CARDS VIA OUR WEB SITE.

******PLEASE NOTE OUR NEW TAX ID NUMBER*******

Page 1 / 1

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0i