UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22776-CIV-COOKE/TORRES

HENRY OKNYANSKY, individually,

      Plaintiff,

v.

HALSTED FINANCIAL SERVICES, LLC,
a foreign limited liability company,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court following entry of an Order granting Plaintiff'S Motion for Default Judgment [D.E. 9, 14], and upon Plaintiff's Motion for Bill of Costs that was referred for disposition [D.E. 5, 15]. No timely response was filed in opposition to the motion. Based upon this record, it is hereby

**RECOMMENDED** that Plaintiff's Motion for Costs be **GRANTED** for the full amount requested in the motion. The motion may be granted by default under S.D. Fla. Local R. 7.1. In addition, the Court's review of the substantive grounds supporting the motion shows that Plaintiff is entitled to costs as prevailing party in this action. The amounts sought in the motion are supported by the record and fully compensable, as Plaintiff is entitled to reimbursement for the amount requested, $600.00, for the filing and service of process costs under 28 U.S.C. § 1920.

Accordingly, a Final Judgment on Costs should be entered in favor of Plaintiff and against Defendant for the total amount of $600.00.

Pursuant to S.D.Fla.Mag.J.R.4(b), the parties have fourteen days from the date of this Report and Recommendation to serve and file written objections, if any, with the District Judge. Failure to timely file objections shall bar the parties from a de novo determination by the District Judge of any finding in this Report and Recommendation and bar the parties from challenging on appeal the findings contained herein. *R.T.C. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988); *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (en banc); 28 U.S.C. § 636(b)(1).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 12th day of August, 2015.

_____
EDWIN G. TORRES
United States Magistrate Judge

cc:  Steven Price
     Managing Agent
     Halsted Financial Services LLC
     8001 Lincoln Avenue, Suite LL2
     Skokie, Illinois 60077