UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22776-Civ-COOKE/TORRES

HENRY OKNYANSKY,
individually,

    Plaintiff,

vs.

HALSTED FINANCIAL SERVICES, LLC,
a foreign limited liability company,

    Defendant.
_____/

**FINAL JUDGMENT ON COSTS**

It is hereby **ORDERED and ADJUDGED**, that final judgment is entered in favor of the Plaintiff, Henry Oknyansky, and against the Defendant, Halsted Financial Services, LLC, for costs in the amount of Six Hundred Dollars and no cents ($600.00), for which sum let execution issue.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29TH day of February 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*

1